In the Matter of JERRY W. MARKHAM et al., Appellants, v ALAN B. COMSTOCK, as Assessor of Town of Jerusalem, et al., Respondents. (Appeal No. 2.) [834 NYS2d 890]—Appeal from an order of the Supreme Court, Yates County (W. Patrick Falvey, A.J.), entered September 12, 2006. The order denied the motion of petitioners to reopen the record.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Matter of Markham v Comstock* (38 AD3d 1262 [2007]). Present—Hurlbutt, J.P., Martoche, Smith, Fahey and Green, JJ.